IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMAL BULLOCK, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA, et al., )<br>)<br>Respondent. ) | 1:13CV707 |

## RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a prisoner of the State of North Carolina, has submitted a petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody, together with the $5.00 filing fee. However, it appears that Petitioner is seeking to challenge a conviction and sentence he received in the Superior Court of Onslow County, within the territorial jurisdiction of the United States District Court for the Eastern District of North Carolina.

This Court may, in the exercise of its discretion and in furtherance of justice, transfer this case to the "district court for the district within which the State court was held which convicted and sentenced" Petitioner. 28 U.S.C. § 2241(d); see also 28 U.S.C. § 1406(a). Therefore, in the circumstances and in accordance with the Joint Order of the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina, the entire record of this proceeding should be transferred to the United States District Court for the Eastern District of North Carolina for all further proceedings.

IT IS THEREFORE RECOMMENDED that this action be filed and that the entire record of this proceeding be transferred to the United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings.

This, the 29th day of October, 2013.

        /s/ Joi Elizabeth Peake
        United States Magistrate Judge